UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN THOMAS, CASE NO. 3:16-cv-138-J-20JRK

Plaintiff,

v.

OFFICER R. D. ADAMS,
OFFICER R. J. LISOTTA, and
THE CITY OF JACKSONVILLE,

Defendants.
___________________________________/

**NOTICE OF SETTLEMENT**

Plaintiff, JOHN THOMAS, by and through the undersigned attorney, pursuant to Local Rule 3.08, hereby notifies the Court that the Parties have settled all the claims asserted in this case, pursuant to a Mediated Settlement Agreement dated October 5, 2017.

The Mediated Settlement Agreement calls for the Defendants to make a payment within forty-five (45) days of execution. Upon receipt of the payment, Plaintiff will file a notice of voluntary dismissal of action as to all Defendants, and each party will bear its own attorney's fees and court costs.

Dated: October 13, 2017

Respectfully Submitted,

***/s/ Gonzalo Andux***
Gonzalo Andux, Esq.

Florida Bar No.: 525286
Finnell, McGuinness,
Nezami & Andux, P.A.
2114 Oak Street
Jacksonville, FL 32204
Telephone: (904) 791-1101
Facsimile: (904) 791-1102
E-mail: GAndux@fmnlawyers.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 13th day of October, 2017, a true and correct copy of the foregoing was filed using the Court's CM/ECF filing system, which will send an electronic notice of filing to the following: Gabriella Young, Esquire, GCYoung@coj.net, Office of the General Counsel, 117 West Duval Street, Suite 480, Jacksonville, Florida 32202; Stephen J. Powell, Esquire, Office of the General Counsel, 117 West Duval Street, Suite 480, Jacksonville, Florida 32202; and Paul A. Daragjati, Esquire, paul@robertdklausner.com, Klausner, Kaufman, Jensen & Levinson, P.A., 7080 N.W. 4th Street, Plantation, Florida 33317. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

**/s/ *Gonzalo Andux***
Attorney for Plaintiff