UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOHN THOMAS,**

**Plaintiff,**

v. **Case No. 3:16-cv-0138-J-20JRK**

**OFFICER R. D. ADAMS, et al.,**

**Defendants.**

_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court on the Plaintiff's "Notice of Settlement" (Dkt. 41) that indicates this matter has been completely resolved. Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 18th day of October, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to:**
Gonzalo Andux, Esq.
Paul A. Daragjati, Esq.
Robert D. Klausner, Esq.
Gabriella Young, Esq.
Stephen J. Powell, Esq.